UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSH DAVIS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE HAIN CELESTIAL GROUP, INC. and HAIN BLUEPRINT, INC.,<br><br>Defendants. | Case No. 1:17-cv-05191-ARR-RML<br><br>Honorable Allyne R. Ross |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Kenneth K. Lee of Jenner & Block LLP hereby appears as counsel of record for Defendants The Hain Celestial Group, Inc. and Hain Blueprint, Inc, and requests that copies of all future pleadings, filings, notices, correspondences, and other papers be served upon him at the address indicated below.

I hereby certify that I am admitted to practice before this Court.

Dated:  November 20, 2017

Respectfully submitted,

JENNER & BLOCK LLP

By:____/s/ Kenneth K. Lee _____
Kenneth K. Lee (NY Reg. No. 4056750)
633 West 5th Street, Suite 3600
Los Angeles, CA 90071
Tel: (213) 239-5100
E-mail: klee@jenner.com

Attorneys for Defendant
The Hain Celestial Group, Inc. and Hain Blueprint, Inc.

1